DAVID GOULD, APC
DAVID GOULD, SBN 37947
23975 Park Sorrento, Suite 200
Calabasas, CA 91302-4011
Telephone: (818) 222 8092
Facsimile: (818) 449 4803
dgould@davidgouldlaw.com

Counsel for Ronald F. Greenspan
Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | District Court Case No. 12-05305 (CRB) |
| BROBECK, PHLEGER & HARRISON LLP, | BK Case No. 03-32715 (DM) Chapter 7 |
| Debtor. | Adv. Pro. No. 11-03229 (DM) |
| | |
| RONALD F. GREENSPAN, Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP, | **STIPULATION AND [PROPOSED] ORDER RE HEARING DATE AND BRIEFING SCHEDULE FOR PAUL HASTINGS'S MOTION FOR PARTIAL WITHDRAWAL OF THE REFERENCE, OR IN THE ALTERNATIVE, PARTIAL WITHDRAWAL IN CONJUNCTION WITH A PROPOSED DECISION BY THE BANKRUPTCY COURT ON DISPOSITIVE STATE LAW ISSUES** |
| Plaintiff, | |
| v. | |
| PAUL HASTINGS, LLP, | |
| Defendant. | |

This stipulation is entered into by and between Plaintiff, Ronald F. Greenspan, Chapter 7 Trustee for Brobeck, Phleger & Harrison, LLP ("Plaintiff"), and Defendant Paul Hastings LLP (successor to Paul, Hastings, Janofsky and Walker LLP) ("Paul Hastings").

WHEREAS, Paul Hastings filed a Motion for Partial Withdrawal of the Reference, Or in the Alternative, Partial Withdrawal in Conjunction with a Proposed Decision by the Bankruptcy Court

-1-

CASE NO. 12-05305 (CRB)    STIPULATION AND [PROPOSED] ORDER RE HEARING
                           DATE ON MOTION FOR WITHDRAWAL OF REFERENCE

McKool 836016v1

1  on Dispositive State Law Issues ("Motion") with the Bankruptcy Court on September 7, 2012;

2      WHEREAS, the Motion was transferred to the District Court and filed on October 18, 2012;

3      WHEREAS, Paul Hastings initially set the Motion for hearing on December 7, 2012, at

4  10:00 a.m.;

5      WHEREAS, Plaintiff's counsel, David Gould, will be traveling out of the country on a pre-

6  planned trip on that day; and

7      WHEREAS, Plaintiff and the Paul Hastings Defendants wish to set a mutually convenient

8  hearing date and briefing schedule for the Motion;

9      NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, either for

10 themselves or through their counsel, that:

11     1.    The hearing on the Motion shall be on December 14, 2012 at 10:00 a.m.

12     2.    Plaintiff's opposition shall be filed on or before November 9, 2012.

13     3.    Defendant's reply shall be filed on or before November 23, 2012.

14 Dated: October 25, 2012     **RONALD F. GREENSPAN, CHAPTER 7 TRUSTEE FOR BROBECK, PHLEGER & HARRISON LLP**

16     By:   /s/ David Gould

17         David Gould, Counsel

19 Dated: October 25, 2012     **PAUL HASTINGS LLP (Successor to Paul, Hastings, Janofsky & Walker LLP)**

20     By:   IRELL & MANELLA LLP

22     /s/ Marc S. Maister
    Marc S. Maister, Counsel

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated: __November 1__, 2012

26     United States

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*

-2-

CASE NO. 12-05305 (CRB)     STIPULATION AND [PROPOSED] ORDER RE HEARING DATE ON MOTION FOR WITHDRAWAL OF REFERENCE

McKool 836016v1

*David Gould, APC — Calabasas, California*