1  DAVID GOULD, APC
   DAVID GOULD, SBN 37947
2  23975 Park Sorrento, Suite 200
   Calabasas, CA 91302-4011
3  Telephone: (818) 222 8092
   Facsimile: (818) 449 4803
4  dgould@davidgouldlaw.com

5  Counsel for Ronald F. Greenspan
   Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | District Court Case No. 12-05305 (CRB) |
| BROBECK, PHLEGER & HARRISON LLP, | BK Case No.  03-32715 (DM) Chapter 7 |
| Debtor. | Adv. Pro. No. 11-03229 (DM) |
| RONALD F. GREENSPAN, Chapter 7 Trustee for Brobeck, Phleger & Harrison LLP, | **STIPULATION AND [~~PROPOSED~~] ORDER RE HEARING DATE AND BRIEFING SCHEDULE FOR PAUL HASTINGS'S MOTION FOR PARTIAL WITHDRAWAL OF THE REFERENCE, OR IN THE ALTERNATIVE, PARTIAL WITHDRAWAL IN CONJUNCTION WITH A PROPOSED DECISION BY THE BANKRUPTCY COURT ON DISPOSITIVE STATE LAW ISSUES** |
| Plaintiff, | |
| v. | |
| PAUL HASTINGS, LLP, | |
| Defendant. | |

This stipulation is entered into by and between Plaintiff, Ronald F. Greenspan, Chapter 7 Trustee for Brobeck, Phleger & Harrison, LLP ("Plaintiff"), and Defendant Paul Hastings LLP (successor to Paul, Hastings, Janofsky and Walker LLP) ("Paul Hastings").

WHEREAS, Paul Hastings filed a Motion for Partial Withdrawal of the Reference, Or in the Alternative, Partial Withdrawal in Conjunction with a Proposed Decision by the Bankruptcy Court

-1-

STIPULATION AND [PROPOSED] ORDER RE HEARING
DATE ON MOTION FOR WITHDRAWAL OF REFERENCE

David Gould, APC
Calabasas, California

1   on Dispositive State Law Issues ("Motion") with the Bankruptcy Court on September 7, 2012;

2   WHEREAS, the Motion was transferred to the District Court and filed on October 18, 2012;

3   WHEREAS, Paul Hastings initially set the Motion for hearing on December 7, 2012, at

4   10:00 a.m.;

5   WHEREAS, Plaintiff's counsel, David Gould, will be traveling out of the country on a pre-

6   planned trip on that day; and

7   WHEREAS, Plaintiff and the Paul Hastings Defendants wish to set a mutually convenient

8   hearing date and briefing schedule for the Motion;

9   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, either for

10  themselves or through their counsel, that:

11      1.      The hearing on the Motion shall be on December 14, 2012 at 10:00 a.m.

12      2.      Plaintiff's opposition shall be filed on or before November 9, 2012.

13      3.      Defendant's reply shall be filed on or before November 23, 2012.

14  Dated: October 25, 2012                    **RONALD F. GREENSPAN, CHAPTER 7**
                                               **TRUSTEE FOR BROBECK, PHLEGER &**
15                                             **HARRISON LLP**

16                                             By:    /s/ David Gould
17                                                    David Gould, Counsel

18

19  Dated: October 25, 2012                    **PAUL HASTINGS LLP (Successor to Paul,**
                                               **Hastings, Janofsky & Walker LLP)**
20

21                                             By:   IRELL & MANELLA LLP

22                                                    /s/ Marc S. Maister
                                                      Marc S. Maister, Counsel
23

24

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Dated: __November 1____ , 2012            _____
26                                             United States

27

28

-2-